# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 NOV 14 A 11: 12
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Shirley Delonas Nixon - Attorney Heather Ellimar

v.

(Full name of defendant(s))

Milwaukee County Transit Company

Case Number:

**19-C-1684**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Milwaukee__ and resides at
   (State)
   __1615 S 22nd St. Milwaukee Wi 53204__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

is (if a person or private corporation) a citizen of _____

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job) worked for Milwaukee's County Transit Company

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I've been violated as for housing, clothing, sometimes food and as so as owner and claimet of desineted U.S. Treasury Dept holdings dating back to October 17th 2017 J.P. Morgan's Chase Bank. MTFC has claimed my spouse children, Housing, Medical Insurance and have gone so far as to claim me as their owned woman. They lie to Realator concerning my ownership and AI credit. I supose to own

them dating back to 1955 when I became F.B.I. Agent Hollie Elizabeth City N.C. And we've Sacrofale. Mr. Micheal Lu Ring provided. He used the mame Margie Gibbs for my Estate. M.C.T.C. became T.R.T. Company 1962 Norfolk VA. My Social Security number has been used and still is. So were the first SS# I had. named Shirley Mae Williams. The numbers now are 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-Nixon And there are others.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If I should win my or this lawsuit; I would monies to be placed with TRi City NATL BANK 7525 W. Oklahoma Ave Milwaukee Wi 53219-2861. I would also like to be notified of total Amount

E.  **JURY DEMAND**

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _14_ day of _November_ 20_19_.

Respectfully Submitted,

_Shirley D. Nixon Ellman_
Signature of Plaintiff

_414-739-5840_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_1615 S. 32nd St Milwaukee WI 53204_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.